USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                        Plaintiff(s),

           -against-

Luis Felipe Pereira Orlando,

                        Defendant(s).

24-CR-626 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The Status Conference currently scheduled for February 19, 2025, at 11:30 a.m. is hereby adjourned to March 18, 2025, at 11:00 a.m. in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Dated:  February 18, 2025
          New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge