USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff(s),

-against-

Luis Felipe Pereira Orlando,

                Defendant(s).

24-CR-626 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    The Status Conference currently scheduled for May 5, 2025, at 11:30 a.m. is hereby adjourned to June 13, 2025, at 11:00 a.m. in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Dated: May 1, 2025
       New York, New York

                                SO ORDERED.

                                _____
                                MARGARET M. GARNETT
                                United States District Judge