

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 12, 2025

**BY ECF**
The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

*Request GRANTED. The Status Conference scheduled for June 13, 2025, is hereby ADJOURNED to July 9, 2025, at 1:00 pm. The Clerk of Court is respectfully directed to terminate Dkt. No. 12. SO ORDERED.*

*Date: June 13, 2025*

Re:  *United States v. Luis Felipe Pereira Orlando*, 24 Cr. 626 (MMG)

Dear Judge Garnett:

The Government writes to respectfully request an adjournment of the status conference currently scheduled for June 13, 2025. The Government understands that the state charges underlying all five specifications in the Amended Violation of Supervised Release Report dated April 8, 2025 have been dismissed and that Probation intends to seek dismissal of Specifications Four and Five, which allege that the defendant possessed a stolen bike. Probation and the Government are continuing to investigate the alleged drug-dealing conduct underlying Specifications One, Two, and Three.

The parties and Probation are available for a conference on July 9, 2025 at 1:00 p.m. We expect to know by that date whether Probation and Government intend to proceed on the remaining specifications.

This is the third request for an adjournment in this case. Defense counsel consents to the adjournment request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Getzel Berger
Assistant United States Attorney
(212) 637-1061

cc:  Amy Gallicchio, Esq. (by ECF)
     U.S. Probation Officer Alexandria Hirsch (by email)