# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 7, 2025

**Request GRANTED. The status conference currently scheduled for July 9, 2025, is adjourned, and an evidentiary hearing is hereby scheduled for September 15, 2025, at 1:30 p.m.** The parties are directed to submit a letter by noon on September 12, 2025, identifying the witnesses each side intends to call and an estimate of the time on direct examination for each witness. The Clerk of Court is respectfully directed to terminate Dkt. No. 14. SO ORDERED.

Dated: 7/8/2025

**VIA EMAIL**
Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Luis Pereira Orlando**
    **Docket No. 24-CR-626 (MMG)**

Dear Judge Garnett:

I write on behalf of the parties to request an adjournment of the currently scheduled July 9, 2025 status conference in the above-referenced VOSR matter. As the Court is aware, the two state charges that formed the basis of the five specifications contained in the Violation Report have been dismissed by state prosecution authorities. It is the Government's present intention, however, to proceed on Specifications 1, 2 and 3. Probation intends to dismiss Specifications 4 and 5.

Therefore, the parties respectfully request that the Court adjourn the status conference and schedule an evidentiary hearing on September 15, 2025, any time after 1:00 pm. This adjournment will allow for the production and review of discovery and Section 3500 material.

Respectfully submitted,

/s/ Amy Gallicchio

Amy Gallicchio, Esq.
Federal Defenders of New York
(917) 612-3274

Cc:   AUSA Getzel Berger