UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                              Plaintiff(s),

                    -against-

Luis Felipe Pereira Orlando,

                              Defendant(s).

24-CR-626 (MMG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/12/2025__

MARGARET M. GARNETT, United States District Judge:

Sentencing in this matter is hereby adjourned to December 3, 2025, at 1:00 p.m. in

Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Dated: November 12, 2025
       New York, New York

                         SO ORDERED.

                         _____
                         MARGARET M. GARNETT
                         United States District Judge