# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 26, 2026

**VIA ECF**
Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

GRANTED. The Status conference scheduled for May 29, 2026 is hereby ADJOURNED to **Monday, July 6, 2026, at 11:30 a.m.** The Clerk of Court is respectfully directed to terminate Dkt. No. 34. SO ORDERED.

Dated: May 27, 2026

Re:    **United States v. Luis Pereira Orlando**
       **24-CR-626 (MMG)**

Dear Judge Garnett:

I write respectfully on behalf of Mr. Pereira, and with the consent of the Government, to request that the Court adjourn the status conference in this Violation of Supervised Release proceeding, currently scheduled for May 29, 2026, to July 6, 2026, at 11:30 a.m.

The Department of Probation anticipates filing an amended violation report that will incorporate new specifications stemming from Mr. Pereira's recent arrest in New York State Court. An adjournment to the proposed date would give the Department of Probation adequate time to prepare and file the amended report and would ensure that Mr. Pereira has a meaningful opportunity to review the new specifications before appearing before the Court for arraignment.

Respectfully submitted,

/s/ *Amy Gallicchio*

Amy Gallicchio, Esq.
Federal Defenders of New York
(917) 612-3274

Cc:    AUSA Getzel Berger